David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
jdorame@feldmanattorneys.com
*Counsel for Stauber Performance Ingredients, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NUTRI PHARMACEUTICALS RESEARCH, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>STAUBER PERFORMANCE INGREDIENTS, INC., a/k/a Stauber, d/b/a Stauber California, a Minnesota corporation,<br><br>Defendant. | **Case No.:** 2-17-cv-02964-JCM-NJK<br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTIONS** |
| STAUBER PERFORMANCE INGREDIENTS, INC., a/k/a Stauber, d/b/a Stauber California, a Minnesota corporation,<br><br>Counter-claimant,<br><br>v.<br><br>NUTRI PHARMACEUTICALS RESEARCH, INC., a Nevada corporation,<br><br>Counter-defendant. | |

The parties, by and through their counsel of record hereby submit the instant Stipulation and Order to Extend Time to File Motions. This is the Parties' first stipulation for an extension of time for Defendant/Counter-claimant Stauber Performance Ingredients, Inc. ("Stauber") to file its

1

Response to Plaintiff/Counter-defendant Nutri Pharmaceuticals Research, Inc's ("NPRI") Motion for Summary Judgment [ECF No. 22]. NPRI's Motion for Summary Judgment was filed on May 16, 2019, and the Response to same is due to this Court on June 6, 2019.

Although Stauber's counsel had nearly completed preparation of its Opposition to NPRI's Motion for Summary Judgment [ECF No. 22], due to an unforeseen malware issue with Stauber's counsel's network server, which resulted in complete loss of all prior work performed, Stauber has been unable to file its Opposition within the time period set forth in the LR 7-2.

Accordingly, the Parties hereby stipulate to extend the deadline for Stauber's Response to NRPI's Motion for Summary Judgment [ECF No. 22], and NPRI's deadline to file a Reply to Stauber's Response to NPRI's Motion for Summary Judgment as follows:

1. Stauber's Opposition to NPRI's Motion for Summary Judgment [ECF No. 22], originally due on June 6, 2019, is now due on June 14, 2019;

2. NPRI's Reply is due 14 days after service, or July 3, 2019, of Stauber's Opposition unless the Court orders otherwise pursuant to LR II 7-2.

**IT IS SO STIPULATED.**

DATED this 6th day of June, 2019.          DATED this 6th day of June, 2019.

TAKOS LAW GROUP, LTD.                       THE FELDMAN FIRM

*/s/ Zachary P. Takos*                      */s/ David J. Feldman*
Zachary P. Takos, Esq., Nevada Bar No. 11293    David J. Feldman, Esq., Nevada Bar No. 5947
1980 Festival Plaza Drive, Suite 300        8831 West Sahara Avenue
Las Vegas, Nevada 89135                     Las Vegas, Nevada 89117
*Counsel for Nutri Pharmaceuticals Research, Inc.*   *Counsel for Stauber Performance Ingredients, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
DATE: June 13, 2019

2