# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NUTRI PHARMACEUTICALS RESEARCH, INC., | Case No.: 2:17-cv-02964-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| STAUBER PERFORMANCE INGREDIENTS, INC., et al., | |
| Defendant(s). | |

On December 10, 2019, Judge Mahan resolved the motion for partial summary judgment. Docket No. 35. To date, a joint pretrial order has not been filed. *But see* Local Rule 26-1(b)(5). The parties are hereby ORDERED to file a joint pretrial order by May 4, 2020.

IT IS SO ORDERED.

Dated: April 13, 2020

_____
Nancy J. Koppe
United States Magistrate Judge