# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NUTRI PHARMACEUTICALS RESEARCH INC., <br><br> Plaintiff(s), <br><br> v. <br><br> STAUBER PERFORMANCE INGREDIENTS, INC., <br><br> Defendant(s). | Case No. 2:17-CV-2964 JCM (NJK) <br><br> ORDER |

Presently before the court is the parties' stipulation and order to continue trial date, (ECF No. 41), which states:

> Pursuant to this Court's Third Amended Temporary General Order 2020-03 (the "Order"), the parties, by and through their respective counsel of record, hereby stipulate and agree to a continuance of the trial in this matter, currently set for February 8, 2021. Under the Order, all jury trials are to be postponed until further notice.
>
> THEREFORE, the parties stipulate and request that the Court enter an Order continuing the trial in this matter until further notice.

This court adopts the stipulation, and hereby sets:

- Calendar call for November 10, 2021, at 1:30pm, in courtroom 6A; and
- Trial for November 14, 2021, at 9:00am, in courtroom 6A.

Accordingly,

IT IS SO ORDERED.

DATED January 25, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**