# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NUTRI PHARMACEUTICALS RESEARCH, INC.<br><br>　　　Plaintiff,<br><br>v.<br><br>STAUBER PERFORMANCE INGREDIENTS, INC.,<br><br>　　　Defendant. | Case No.: 2:17-cv-02964-JCM-NJK<br><br>**Order**<br><br>[Docket No. 49] |

　　　Pending before the Court is the parties' stipulation to continue the Settlement Conference or set status check. Docket No. 49. For good cause shown, the parties' stipulation is **GRANTED**. The Settlement Conference currently set for October 18, 2021, is **VACATED**. The Court **SETS** a status hearing on settlement for **November 16, 2021, at 10:00 a.m.** in Courtroom 3C.

　　　IT IS SO ORDERED.

　　　Dated: October 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1